UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
GOLDSILVER, LLC,

    Interpleader Plaintiff,

      - against –

AMY JO SANGER and IAIN CLIFFORD
a/k/a IAIN CLIFFORD STAMP,

    Interpleader Defendants.

------------------------------X

**ORDER**

25 Civ. 8704 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS**, on January 28, 2026, interpleader defendant Iain Clifford filed a "Witness Statement of William R. Kimball," ECF No. 12 ("Kimball Statement"); and

**WHEREAS**, in violation of Federal Rule of Civil Procedure 5.2 and Section 21.3 of the Southern District of New York's Electronic Case Filing Rules and Instructions, the Kimball Statement contained the full Social Security Number and date of birth of interpleader defendant Amy Jo Sanger; it is hereby

**ORDERED** that the Kimball Statement is sealed; and it is further

**ORDERED** that interpleader defendant Iain Clifford file a redacted version of the Kimball Statement conforming to Federal Rule of Civil Procedure 5.2 and Section 21.3 of Southern District

of New York's Electronic Case Filing Rules and Instructions.

Dated:    New York, New York
          January 30, 2026


                                        _____
                                          NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE