UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GOLDSILVER, LLC
Plaintiff / Stakeholder,

v.

AMY JO SANGER and IAIN CLIFFORD,
Defendants / Claimants.

Case No. 1:25-cv-08704 (NRB)

November 5, 2026

**VIA ECF**

The Honorable Naomi Reice Buchwald

United States District Judge

Southern District of New York

500 Pearl Street

New York, New York 10007

**Re: GoldSilver, LLC v. Sanger & Clifford, Case No. 1:25-cv-08704 (NRB) - Notice of Withdrawal Without Prejudice of Premature Dispositive and Rule 11 Motions Pursuant to Scheduling Order (ECF No. 68)**

Dear Judge Buchwald:

I am the pro se Interpleader Defendant in the above-referenced action. Earlier today, November 5, 2026, my administrative team dispatched for filing my Motion for Summary Judgment (accompanied by my Declaration and Exhibits K through N) and my Motion for Sanctions under Federal Rule of Civil Procedure 11, which had been prepared and dispatched prior to receipt of the Court's Civil Case Management Plan and Scheduling Order entered yesterday (ECF No. 68).

In strict compliance with Paragraph 6 of ECF No. 68 - which directs that pre-motion letters regarding proposed motions for summary judgment pursuant to Individual Practice 2.B be filed following the completion of discovery - I respectfully withdraw my November 5, 2026 Motion for Summary Judgment and Rule 11 Motion without prejudice to renewal at the stage set by the Court.

To conserve judicial and party resources, I respectfully give notice that my Declaration and Exhibits K through N filed today, together with my previously docketed declarations and Exhibits A through J (ECF Nos. 60–64), remain on the record and are hereby designated as my initial document production

and Initial Disclosures pursuant to Paragraphs 2 and 3(b) of ECF No. 68 (ahead of the Court's November 18, 2026 deadline). In accordance with Paragraphs 6(a) and 6(b) of the Order, I will ensure that all physical authenticated originals required by the Court from official, government, or independent sources are physically provided directly to Chambers in connection with post-discovery summary judgment proceedings.

Finally, as noted in GoldSilver's letter filed yesterday (ECF No. 66), I respectfully enclose for the Court's consideration my alternative redlined Stipulation and Protective Order, which preserves standard confidentiality protections while permitting the use of discovery materials in related proceedings between the Parties.

Respectfully submitted,

/s/ Iain Clifford, Defendant pro se
4c Glebe Park Avenue, Bedhampton
Portsmouth, PO9 3JR, United Kingdom
Email: iain@thegreatescape.me
cc: All Counsel of Record (via ECF and Email)

The application to withdraw the motions pending at ECF Nos. 69 and 71 is granted. The Clerk of Court is respectfully directed to terminate those motions.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: November 17, 2026
New York, New York